UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ORNELAS, | Case No. CV 07-930 DOC(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| CHARLES HARRISON, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: January 23, 2011

_/s/ David O. Carter_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE